# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 6, 2022

By ECF and Electronic Mail
The Honorable Allyne R. Ross
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Kerone Henry, 20-CR-179 (ARR)

Dear Judge Ross:

I write on behalf of Mr. Henry, with no objection from the government, to request a 30 day adjournment of the sentencing hearing in this case currently scheduled for December 15 at 11:30 a.m. I make this request because I need additional time to finalize Mr. Henry's sentencing memorandum, and because the parties are currently engaged in discussions regarding the resolution of Mr. Henry's related violations of supervised release, which remain pending. This is Mr. Henry's first request for an adjournment of sentencing.

Thank you for your consideration of this letter.

Respectfully Submitted,
_____/s/_____
Samuel Jacobson
Assistant Federal Defender

cc: all counsel of record (by ECF)
    U.S. Probation (by Email)